PROB 12A
(Revised 05/2011)

# United States District Court
for
### Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Charles Edward Meriweather</u>     Case Number: <u>3:07-00069</u>

Name of Sentencing Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>November 14, 2008</u>

Original Offense: <u>21 U.S.C. § 841(a)(1) Possession with Intent to Distribute Cocaine</u>

Original Sentence: <u>51 months' custody and three years' supervised release</u>

Type of Supervision: <u>Supervised release</u>     Date Supervision Commenced: <u>April 30, 2012</u>

Assistant U.S. Attorney: <u>Philip Wehby</u>     Defense Attorney: <u>Mariah A. Wooten</u>

---

The Court orders:

    ☒ No Action Necessary at this Time
    ☐ Submit a Request for Modifying the Condition or Term of Supervision
    ☐ Submit a Request for Warrant or Summons
    ☐ Other

Considered this __4__ day of __Nov__, 2014,
and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_/s/ Amanda Michele_
Amanda Michele
U.S. Probation Officer

_/s/ Todd Campbell_
Todd J. Campbell
U.S. District Judge

Place     Nashville

Date     November 3, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| <u>1.</u> | **<u>The defendant shall refrain from any unlawful use of a controlled substance.</u>** |

Mr. Meriweather tested positive for cocaine on September 2, 2014.

When questioned by the probation officer, Mr. Meriweather adamantly denied using the illegal substance. He could provide no explanation as to why he would test positive for the drug.

<u>2.</u>   **<u>The defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a community correction center at the direction of the Probation Officer.</u>**

Mr. Meriweather failed to attend substance abuse treatment at Centerstone Mental Health on the following dates:

  May 7, 2014  August 6, 2014
  June 4, 2014  October 1, 2014
  July 6, 2014

Mr. Meriweather was allegedly the victim of a robbery outside his reported address on May 6, 2014. He was shot in the leg and reports this is the reason why he could not attend monthly outpatient substance abuse treatment. The probation officer has repeatedly instruted Mr. Meriweather to provide documentation from his doctor stating that he could not participate in therapy, but as of today's date, he has failed to do so. He did attend his therapy session in September 2014, and it was observed by his therapist that he had been recovering from his gun shot wound, as he had no issues going up the stairs to the group room, and he reported he had been working at Shur-Brite Car Wash.

On October 13, 2014, the probation officer received notification from Centerstone Mental Health of Mr. Meriweather's unsuccessful discharge from outpatient therapy, due to noncompliance with recommended treatment.

When notified by the probation officer of his unsuccessful discharge from the program, Mr. Meriweather appeared surprised. The probation officer reminded Mr. Meriweather that his therapist recommended weekly treatment based on his illegal drug use since beginning supervision in April 2012, and he had not been participating as recommended, therefore, he was discharged. The probation officer reminded Mr. Meriweather of his most recent cocaine positive on September 2, 2014, and he adamant denial. At that time, he admitted consuming cocaine a few days prior to September 2, 2014. Mr. Meriweather reported he would be willing to participate in treatment and would do so weekly, as recommended by his therapist and probation officer. He is scheduled to resume weekly outpatient substance abuse treatment on November 5, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**
Charles Edward Meriweather is employed and lives with his girlfriend and her daughter in Nashville, Tennessee. Mr. Meriweather began his three year term of supervised release on April 30, 2012, and is due to terminate on April 29, 2015.

A report was submitted to the Court on March 25, 2013, regarding Mr. Meriweather's citation for Driving on a Revoked License. He reported paying off all his fines and reinstatement fees, but had yet to take the written examination. The Court ordered no action on March 25, 2013.

A report was submitted to the Court on September 9, 2013, regarding Mr. Meriweather's positive drug test for cocaine on August 20, 2013. He denied using cocaine, but admitted to being "around" marijuana at an event in Nashville, on August 17, 2013. Mr. Meriweather was re-instructed to not use any illegal drugs and warned of the possible negative ramifications such as revocation of supervision, inability to maintain employment, and the negative impact it will have on his family. The Court ordered no action on September 9, 2013.

A report was submitted to the Court on October 31, 2013, regarding Mr. Meriweather's positive drug test for cocaine on October 3, 2013. He, again, denied using cocaine, and could provide no explanation as to why he would test positive for the illegal drug. The probation officer, again, re-instructed Mr. Meriweather to not use any illegal drugs and he was reminded, again, of the mandatory revocation statue, 18 U.S.C. § 3583(g)(4), for testing positive for illegal controlled substances more than three times over the course of one year.

Mr. Meriweather is currently participating in weekly substance abuse assessment at Centerstone Mental Health, as recommended by his therapist and probation officer, and submitting to random drug tests. He has been drug tested on six different occasions, since he most recent positive in September 2014, and all results have been negative.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Meriweather remain on supervised release , continue to participate in weekly group therapy at Centerstone Mental Health, and incur no future violations. Assistant U.S. Attorney Philip Wehby has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer